JS - 6

FILED: 4/16/13

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Robert James Woods*,

        **Plaintiff,**

        **v.**

*State of California, et al.*,

        **Defendant.**

CASE NO. CV 12-4321-GHK (MRWx)

JUDGMENT

Pursuant to the Court's April 16, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Robert James Woods's claims against Defendants Robert Clark; J. Aboy; J. Abele; S. Sutherland; Chris Hamilton; J. Melvin; County of Riverside, California; Riverside County Sheriff's Department; and A. Eller, are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: April 16, 2013

_____
GEORGE H. KING
Chief United States District Judge